[No. 35579-5-II. Division Two. January 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWARD KAZMIERCZAK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00822-9, Frederick W. Fleming, J., entered November 17, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 35881-6-II. Division Two. January 23, 2008.]

ROBERT VITOUS, *Appellant*, v. THOMAS W. HARPER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-2-01917-7, James E. Warme, J., entered January 9, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35941-3-II. Division Two. January 23, 2008.]

LINDA J. EVANS, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-09443-9, Serjio Armijo, J., entered January 12, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 25430-5-III. Division Three. January 24, 2008.]

FRANK TIEGS ET AL., *Appellants*, v. THE CITY OF RICHLAND, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-2-01645-7, Cameron Mitchell, J., entered July 14, 2006. *Reversed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown, J., and Stephens, J. Pro Tem.